IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE FUND | ) ) ) ) | |
| Plaintiffs, | ) ) ) ) | Case No. 11 C 1339<br><br>Judge Cox |
| v. | ) ) | |
| AREA ERECTORS, INC. | ) ) ) | |
| Defendant. | ) | |

## Judgment Order

This matter coming on be heard pursuant to the Plaintiffs' Motion for Entry of Judgment, due notice having been given, the Court having jurisdiction and being fully advised in the premises;

IT IS ORDERED:

That a final judgment is entered in favor of the Plaintiffs, Trustees of the Iron Workers Tri-State Welfare Fund and against the Defendant, Area Erectors, Inc. in the amount of $239,716.00.

ENTERED:

_____
SUSAN E. COX
UNITED STATES MAGISTRATE JUDGE

DATED: 6-20-12